Order issued December 21, 2012

005332



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01438-CV

**DOUGLAS PAHL, Appellant**

**V.**

**DON SWAIM, P.C. ET AL., Appellees**

## ORDER

We **DENY** appellees' October 25, 2012 motion to dismiss.

Appellant shall file his brief on or before January 11, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE